IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARVIN L. WHISBY and COMEIKO R. WHISBY, </br></br>Plaintiffs,</br></br>v.</br></br>BANK OF AMERICA, NA, PROMMIS SOLUTIONS, LLC, and JOHNSON & FREEDMAN, LLC,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>) CIVIL ACTION NO. 5:12-CV-55 (MTT)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## ORDER

The Plaintiffs have asked the Court to "clarify" whether the dismissal of their action was with or without prejudice. (Doc. 32). As noted in the Court's Order of October 26, 2012, the Plaintiffs' claims against Prommis Solutions and Johnson & Freedman were dismissed without prejudice. The Plaintiffs' claims against Bank of America were dismissed by Order dated June 20, 2012 because of pleading deficiencies. Accordingly, that dismissal was also without prejudice.

**SO ORDERED**, this 7th day of December, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT